**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:                                                Case No. 14-40839-wsd
                                                       Chapter 13
TRESA D. VIERS                         Judge Walter Shapero
         Debtor,

_____/

**ANDOVER HEIGHTS CONDOMINIUM ASSOCIATION'S**
**NOTICE OF PROPOSED INCREASE OF PERIODIC PAYMENTS**
**AS TO UNIT 28**

      NOW COMES the Creditor, Andover Heights Condominium Association (hereinafter "Association"), by and through its attorneys, Michigan Collection Lawyers, PLLC, and for its Statement of Proposed Increase of Periodic Payments as to Unit 28, states as follows:

      The regular assessment levied on a monthly basis for Unit 28 is $189.00. The present additional assessment for said Unit is $55.00 per month. Effective October 1, 2014, the additional assessment amount shall increase from $55.00 to $70.00 per month, for a new total monthly payment amount of $259.00. The increased assessment amount shall be in effect for the period beginning October 1, 2014 and ending September 30, 2015. This notification is being filed and served in accordance with local Bankruptcy Rule 3001-2.

|  |  |
|---|---|
| | /s/ Catherine A. Deciechi-Slagle |
| Dated: August 29, 2014 | Catherine A. Deciechi-Slagle (P73788) |
| | Michigan Collection Lawyers, PLLC |
| | Attorney for Andover Heights Condominium Association |
| | P.O. Box 380765 |
| | Clinton Township, MI 48038 |
| | (586) 439-0619 |
| | catherined@michigancollectionlawfirm.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:                                             Case No. 14-40839-wsd
                                                    Chapter 13
TRESA D. VIERS                        Judge Walter Shapero
         Debtor,

_____/

## **PROOF OF SERVICE**

       Catherine A. Deciechi-Slagle, hereby certifies that on August 29, 2014, she electronically filed Andover Heights Condominium Association's Notice of Proposed Increase of Periodic Payments as to Unit 28 and this Proof of Service with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

       United States Bankruptcy Court      Tammy L. Terry, Chapter 13 Standing Trustee
       211 W. Fort Street                          Buhl Building
       Detroit, MI 48226                        535 Griswold, Suite 2100
                                                    Detroit, MI 48226

       Virginia W. Gourlay
       Attorney for Debtor
       36177 Mound Rd.
       Sterling Heights, MI 48310

and she also hereby certifies that she has mailed by First Class Mail with the United States Postal Service the above mentioned documents to the following non-ECF participants:

       Tresa D. Viers
       8401 18 Mile Rd., #28C
       Sterling Heights, MI 48313

August 29, 2014                                     /s/ Catherine A. Deciechi-Slagle_____
                                                             Catherine A. Deciechi-Slagle (P73788)
                                                             Michigan Collection Lawyers, PLLC
                                                             Attorney for Andover Heights Condominium Assoc.
                                                             P.O. Box 380765
                                                             Clinton Township, MI 48038
                                                             (586) 439-0619
                                                             catherined@michigancollectionlawfirm.com