**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:                                                                   Case No. 14-40839-wsd
                                                                               Chapter 13
TRESA D. VIERS                               Judge Walter Shapero
        Debtor,

_____/

**ANDOVER HEIGHTS CONDOMINIUM ASSOCIATION'S**
**NOTICE OF PROPOSED INCREASE OF PERIODIC PAYMENTS**
**AS TO UNIT 257**

      NOW COMES the Creditor, Andover Heights Condominium Association (hereinafter "Association"), by and through its attorneys, Michigan Collection Lawyers, PLLC, and for its Statement of Proposed Increase of Periodic Payments as to Unit 257, states as follows:

      The regular assessment levied on a monthly basis for Unit 257 is $132.00. The present additional assessment for said Unit is $38.00 per month. Effective October 1, 2014, the additional assessment amount shall increase from $38.00 to $48.00 per month, for a new total monthly payment amount of $180.00. The increased assessment amount shall be in effect for the period beginning October 1, 2014 and ending September 30, 2015. This notification is being filed and served in accordance with local Bankruptcy Rule 3001-2.


Dated: August 29, 2014                      /s/ Catherine A. Deciechi-Slagle
                                                   Catherine A. Deciechi-Slagle (P73788)
                                                   Michigan Collection Lawyers, PLLC
                                                   Attorney for Andover Heights Condominium Association
                                                   P.O. Box 380765
                                                   Clinton Township, MI 48038
                                                   (586) 439-0619
                                                   catherined@michigancollectionlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:                                                                  Case No. 14-40839-wsd
                                                                                   Chapter 13
TRESA D. VIERS                                Judge Walter Shapero
         Debtor,

_____/

## PROOF OF SERVICE

      Catherine A. Deciechi-Slagle, hereby certifies that on August 29, 2014, she electronically filed Andover Heights Condominium Association's Notice of Proposed Increase of Periodic Payments as to Unit 257 and this Proof of Service with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

      United States Bankruptcy Court       Tammy L. Terry, Chapter 13 Standing Trustee
      211 W. Fort Street                          Buhl Building
      Detroit, MI 48226                          535 Griswold, Suite 2100
                                                          Detroit, MI 48226

      Virginia W. Gourlay
      Attorney for Debtor
      36177 Mound Rd.
      Sterling Heights, MI 48310

and she also hereby certifies that she has mailed by First Class Mail with the United States Postal Service the above mentioned documents to the following non-ECF participants:

      Tresa D. Viers
      8401 18 Mile Rd., #28C
      Sterling Heights, MI 48313

August 29, 2014                                  /s/ Catherine A. Deciechi-Slagle
                                                        Catherine A. Deciechi-Slagle (P73788)
                                                        Michigan Collection Lawyers, PLLC
                                                        Attorney for Andover Heights Condominium Assoc.
                                                        P.O. Box 380765
                                                        Clinton Township, MI 48038
                                                        (586) 439-0619
                                                        catherined@michigancollectionlawfirm.com