UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 14-40839 |
| Tresa D. Viers ) | Hon. 14-40839 |
| Debtor(s). ) | Chapter 13 |
| ) | |

STATE OF MICHIGAN )
                  )ss
COUNTY OF MACOMB)

## AFFIDAVIT PROVIDING NOTICE OF
## DEBTOR TRESA D. VIERS DEATH

Larissa Waltman, Attorney for Debtors, being first duly sworn, deposes and says

1. This affidavit is based on personal knowledge.
2. If sworn as a witness, I can testify competently to the facts stated in this affidavit.
3. On April 18, 2016 I spoke with Dennis Viers, son of Debtor Tresa D. Viers, who notified us of his mother's unexpected passing.
4. To date the requested copy of a death certificate has not been provided; however, the Macomb County Clerk's Death Records System shows that a Tresa Viers passed on April 15, 2016.

_____
Larissa Waltman P55341
Attorney for Debtors

Subscribed and sworn to before me this 29th day of June, 2016.

_____
Lauri A. Benitz, Notary Public
Oakland County Michigan
My commission expires: 8/9/2017
Acting in the County of Macomb