# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

IN RE:

                                    CHAPTER 13

Tresa D. Viers                           CASE NO. 14-40839

                                      JUDGE Walter Shapero

               Debtor(s).,

_____/

## STIPULATION FOR THE SUBSTITUTION OF ATTORNEY

The undersigned parties hereby stipulate and agree to entry of the **Order for Substitution of Attorney** attached hereto as **EXHIBIT "A".**

/s/

| | |
|---|---|
| Dennis S. Viers | Linda G. Carr |
| In Propria Persona | Linda G. Carr (P29522) |
| Personal Representative | UAW Legal Services Plan |
| Estate of Tresa D. Viers, Deceased | Attorney for Debtor |
| 2016-220753-DE | 3200 Greenfield, Suite 210 |
| Macomb County Probate Court | Dearborn, Michigan 48120 |
| 8401 18 Mile Road, Apt 28C | (313) 982-1045 |
| Sterling Heights, MI 48313 | LindaCa@UAWLSP.com |

IN RE:

|  |  |
|---|---|
| Tresa D. Viers | CHAPTER 13<br>CASE NO. 14-40839<br>JUDGE Walter Shapero |
| Debtor(s)., | |

_____/

## ORDER FOR SUBSTITUTION OF ATTORNEY

**UPON READING AND FILING** the agreed Stipulation, and the Court being fully advised thereof,

**IT IS HEREBY ORDERED** that Dennis S. Viers, **Personal Representative of the Estate of Treas D. Viers, Deceased (2016-220753 DE) Macomb County Probate Court) In Propria Persona,** is hereby substituted in the place and stead of Linda G. Carr as attorney for Debtor.

EXHIBIT A



| State of Michigan Probate Court Macomb County | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | File No: 2016-220753-DE |
|---|---|---|

JIS CODE: LET

## ESTATE OF TRESA D VIERS, DECEASED

TO:
DENNIS S VIERS
8401 18 MILE ROAD APT 28C
STERLING HEIGHTS MI  48313

You have been appointed and qualified as personal representative of the estate on JUNE 30, 2016. You are authorized to perform all acts authorized by law unless exceptions are specified below.

☐ Your authority is limited in the following way:
    ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
    ☒ Other restrictions or limitations are:    None.
    ☐ May not sell, assign, transfer and/or mortgage real estate without written court order.
    ☐ May collect and marshal assets and arrange funeral and burial or other disposition of the remains, only.
    ☐ May obtain medical records and pursue Medicaid benefits only.
    ☐ May assemble assets only.
    ☐ May collect and marshal assets, obtain mail and clear personal property from residence.

☒ These letters expire:  NO EXPIRATION.

Date: JUNE 30, 2016
Mona L. Jacob, Deputy Register

## SEE NOTICE OF DUTIES ON REVERSE SIDE

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

JUN 3 0 2016

Date

Deputy Probate Register

mlj WILL

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

MCL 700.3103, MCL 700.3307, MCL 700.3414, MCL 700.3504, MCL 700.3601, MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310